UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL CASE NO. 15-56-DLB-CJS-1
CIVIL CASE NO. 16-229-DLB-CJS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.           **ORDER ADOPTING REPORT AND RECOMMENDATION**

ANTHONY CAMERON                                                   DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court on Magistrate Judge Candace J. Smith's Report and Recommendation ("R&R) (Doc. # 91), wherein she recommends that Defendant Cameron's Motion to Vacate under 28 U.S.C. § 2255 (Docs. # 78 and 81) be denied. No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the Magistrate Judge's thorough R&R, the Court concludes that it is sound in all respects, and agrees that Defendant's Motion should be denied. Accordingly,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 91) be, and hereby is, **adopted in full** as the findings of fact and conclusions of law of the Court;

(2) Defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255 (Docs. # 78 and 81) is **denied**;

1

(3) For the reasons set forth in the Report and Recommendation of the United States Magistrate Judge, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) This matter is hereby **dismissed with prejudice and stricken** from the Court's active docket.

The Court will enter a separate Judgment contemporaneously with this Order.

This 18th day of December, 2018.

Signed By:
*David L. Bunning* DB
United States District Judge